AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WISE, TRACEY N. | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF KENTUCKY | 05/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES BANKRUPTCY JUDGE, ACTIVE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

300 COMMUNITY TRUST BUILDING
100 EAST VINE STREET
LEXINGTON, KY 40507

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Angelucci Acoustical, Inc. - Construction |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Amercian College of Bankruptcy | 3/12-3/14/2015 | Washington, DC | Activity of professional assoc or civic organization | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Central Bank & Trust Co | Mortgage Loan - Rental Property | L |
| 2. | Federal Direct Unsubsidized/Ford Loans | Student Loan | K |
| 3. | Trustmark National Bank | Mortgage Loan - Rental Property | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Central Bank & Trust Co. (Checking) | A | Interest | J | T | | | | | |
| 2. Central Bank & Trust Co. (Money Market) | A | Interest | M | T | | | | | |
| 3. UBS Financial Services (Money Market) | D | Int./Div. | O | T | | | | | |
| 4. - Ishares Trust Core S&P 500 ETF | A | Int./Div. | K | T | | | | | |
| 5. - Ishares Russell 1000 ETF | A | Int./Div. | K | T | | | | | |
| 6. - Ishares Russell 2000 ETF | A | Int./Div. | J | T | | | | | |
| 7. - Ishares Trust Core S&P Mid-Cap ETF | A | Int./Div. | K | T | | | | | |
| 8. - Ishares U.S Financial Services ETF | A | Int./Div. | J | T | | | | | |
| 9. - Technology Sector SPDR Trust SHS | A | Int./Div. | J | T | | | | | |
| 10. - Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |
| 11. - Vanguard Sector Index FD Vanguard Health Care ETF | A | Int./Div. | J | T | | | | | |
| 12. - Vanguard Total INTL Stock ETF | A | Int./Div. | | | Sold | 03/31/15 | J | A | |
| 13. - Ishares Short Term Natl AMT Free Muni Bond ETF | A | Int./Div. | | | Sold (part) | 01/16/15 | J | A | |
| 14. | | | | | Sold (part) | 01/20/15 | J | A | |
| 15. | | | | | Sold | 01/21/15 | J | A | |
| 16. - Ishares Floating Rate Bond ETF | A | Int./Div. | | | Sold | 01/16/15 | J | A | |
| 17. - Vanguard Short-term Inflation Protected SEC Index FD ETF | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - DOUBLELINE CORE FIXED INCOME FUND CLASS I | A | Int./Div. | J | T | | | | | |
| 19. - BLACKROCK GLOBAL LONG/SHORT CREDIT FUND I | A | Int./Div. | J | T | | | | | |
| 20. - ISHARES TRUST S&P GLOBAL ENERGY SECTOR INDEX FUND | A | Int./Div. | | | Sold | 03/31/15 | J | A | |
| 21. - VANGUARD TOTAL WORLD STK INDEX FD ETF | A | Int./Div. | J | T | | | | | |
| 22. - VANGUARD FTSE ALL WO X-US SC | A | Int./Div. | | | Sold | 12/11/15 | J | A | |
| 23. - ISHARES 1-3 YR TREAS BOND ETF | A | Int./Div. | | | Sold (part) | 01/15/15 | J | A | |
| 24. | | | | | Sold (part) | 01/16/15 | J | A | |
| 25. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 26. | | | | | Sold | 09/28/15 | J | A | |
| 27. - ISHARES INTER CREDIT BOND ETF | A | Int./Div. | | | Sold | 01/16/15 | J | A | |
| 28. - ISHARES MBS ETF | A | Int./Div. | | | Sold (part) | 01/16/15 | J | A | |
| 29. | | | | | Sold | 01/20/15 | J | A | |
| 30. - ISHARES NATL AMT-FREE MUNI BOND ETF | A | Int./Div. | K | T | Buy (add'l) | 01/16/15 | J | | |
| 31. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 32. - JPMORGAN GLOBAL BOND OPPORTUNITIES FUND CLASS SELECT | A | Int./Div. | | | Buy (add'l) | 03/27/15 | J | | |
| 33. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 34. | | | | | Buy (add'l) | 05/27/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 36. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 37. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 38. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 39. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 40. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 41. | | | | | Sold | 12/28/15 | J | A | |
| 42. - FIRST TR EXCHAN TRADED FD VII FST TR GLB FD | A | Int./Div. | | | Buy (add'l) | 01/02/15 | J | | |
| 43. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 44. | | | | | Sold | 12/10/15 | J | A | |
| 45. - ISHARES CORE MSCI EMERGING MARKETS ETF | A | Int./Div. | | | Buy | 07/16/15 | J | | |
| 46. | | | | | Sold | 09/25/15 | J | A | |
| 47. - ISHARES CORE U.S. AGGREGATE BOND ETF | A | Int./Div. | | | Buy | 01/15/15 | J | | |
| 48. | | | | | Buy (add'l) | 01/16/15 | K | | |
| 49. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 50. | | | | | Sold (part) | 12/28/15 | J | A | |
| 51. | | | | | Sold | 12/29/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - ISHARES CURRENCY HEDGED MSCI EUROZONE ETF | A | Int./Div. | | | Buy | 03/31/15 | J | | |
| 53. | | | | | Sold | 08/20/15 | J | A | |
| 54. - ISHARES MSCI ACWI EX US ETF | A | Int./Div. | | | Buy | 01/15/15 | K | | |
| 55. | | | | | Sold (part) | 09/16/15 | J | A | |
| 56. | | | | | Sold | 09/18/15 | J | A | |
| 57. - ISHARES MSCI EMERGING MARKETS MINIMUM VOLATILITY ETF | A | Int./Div. | | | Buy | 01/05/15 | J | | |
| 58. | | | | | Sold | 07/16/15 | J | A | |
| 59. - SPDR BARCLAYS CAPITAL HIGH YIELD ETF | A | Int./Div. | | | Buy | 01/06/15 | J | | |
| 60. | | | | | Sold (part) | 01/15/15 | J | A | |
| 61. | | | | | Sold | 08/21/15 | J | A | |
| 62. - VANGUARD ENERGY ETF | A | Int./Div. | | | Buy | 03/31/15 | J | | |
| 63. | | | | | Sold | 08/06/15 | J | A | |
| 64. - VANGUARD FTSE EUROPE ETF | A | Int./Div. | | | Buy | 09/16/15 | J | | |
| 65. | | | | | Sold | 12/18/15 | J | A | |
| 66. - VANGUARD FTSE PAC ETF | A | Int./Div. | | | Buy | 09/18/15 | J | | |
| 67. | | | | | Sold | 12/16/15 | J | A | |
| 68. - ISHARES U.S. ENERGY ETF | A | Int./Div. | J | T | Buy | 12/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - ISHARES MSCI EAFE ETF | A | Int./Div. | K | T | Buy | 12/10/15 | J | | |
| 70. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 71. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 72. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 73. - ISHARES MSCI EMERGING MARKETS MINIMUM VOLATILITY ETF | A | Int./Div. | J | T | Buy | 09/29/15 | J | | |
| 74. - VANGUARD INDEX FUNDS VANGUARD LARGE CAP ETF | A | Int./Div. | J | T | Buy | 09/28/15 | J | | |
| 75. - ISHARES CORE U.S. AGGREGATE BOND ETF | A | Int./Div. | K | T | Buy | 01/15/15 | J | | |
| 76. | | | | | Buy (add'l) | 01/16/15 | K | | |
| 77. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 78. - PIMCO ENHANCED SHORT MAT ACTIVE EXCHANGE-TRADED FD | A | Int./Div. | J | T | Buy | 08/21/15 | J | | |
| 79. - VANGUARD CHARLOTTE FDS TOTAL INTL BD INDEX FD ETF CL | A | Int./Div. | J | T | Buy | 01/21/15 | J | | |
| 80. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 81. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 82. - VANGUARD BD INDEX FD INC TOTAL BOND MKT ETF | A | Int./Div. | J | T | Buy | 12/28/15 | J | | |
| 83. - VANGUARD BD INDEX FD INC SHORT TERM BOND ETF | A | Int./Div. | J | T | Buy | 01/16/15 | J | | |
| 84. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 85. UBS Financial Services (Traditional IRA fka SEP IRA) | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ishares Trust Core S&P 500 ETF (fka Ishares Trust S&P) | B | Int./Div. | M | T | | | | | |
| 87. - Ishares Russell 2000 ETF (fka Ishares Trust Russell 2000 Index) | A | Int./Div. | K | T | | | | | |
| 88. - Ishares Trust Core S&P Mid-Cap ETF (fka Ishares Trust Mi) | B | Int./Div. | L | T | | | | | |
| 89. - Ishares MSCI EAFE ETF (Ishares MSCI EAFE Index Fund) | B | Int./Div. | | | Sold (part) | 12/16/15 | J | B | |
| 90. | | | | | Sold | 12/18/15 | J | B | |
| 91. - Ishares North Amern Nat Resources ETF (fka Ishares S&P North Amer) | A | Int./Div. | J | T | Sold (part) | 12/30/15 | J | A | |
| 92. - Ishares MSCI EAFE Small Cap ETF (fka Ishares MSCI EAFE Small Cap) | A | Int./Div. | J | T | | | | | |
| 93. - Vanguard REIT ETF | A | Int./Div. | K | T | | | | | |
| 94. - Vanguard FTSE Emerging Markets ETF (fka Vanguard MSCI Emerging) | A | Int./Div. | J | T | | | | | |
| 95. - Ishares Iboxx High Yield Corporate Bond ETF (fka Ishares Iboxx) | A | Int./Div. | | | Sold (part) | 01/15/15 | J | A | |
| 96. | | | | | Buy (add'l) | 03/13/15 | K | | |
| 97. | | | | | Sold | 08/21/15 | K | A | |
| 98. - Ishares Russell 1000 ETF (fka Ishares Trust Russell 1000 Index) | A | Int./Div. | J | T | | | | | |
| 99. - Ishares U.S Financial Services ETF (fka Ishares Trust Dow Jones) | A | Int./Div. | K | T | | | | | |
| 100. - Technology Sector SPDR Trust SHS | A | Int./Div. | K | T | | | | | |
| 101. - Vanguard Sector Index FD Vanguard Health Care ETF | A | Int./Div. | J | T | | | | | |
| 102. - Vanguard Total Intl Stock ETF | A | Int./Div. | | | Sold | 03/31/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - ISHARES TRUST S&P GLOBAL ENERGY SECTOR INDEX FUND | A | Int./Div. | | | Sold | 03/31/15 | J | A | |
| 104. - VANGUARD TOTAL WORLD STK INDEX FD ETF | A | Int./Div. | K | T | Buy (add'l) | 03/13/15 | J | | |
| 105. - ISHARES 1-3 YR TREAS BOND ETF | A | Int./Div. | | | Sold (part) | 01/16/15 | M | A | |
| 106. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 107. | | | | | Sold | 09/28/15 | J | A | |
| 108. - ISHARES MBS ETF | A | Int./Div. | | | Sold (part) | 01/16/15 | J | A | |
| 109. | | | | | Sold (part) | 01/20/15 | J | A | |
| 110. | | | | | Sold | 01/21/15 | J | A | |
| 111. - ISHARES 10+ YEAR CREDIT BOND ETF | A | Int./Div. | | | Sold | 01/16/15 | K | A | |
| 112. - ISHARES FLOATING RATE BOND ETF | A | Int./Div. | | | Sold | 01/16/15 | M | A | |
| 113. - VAN ECK CM COMMODITY INDEX FUND Y | A | Int./Div. | J | T | | | | | |
| 114. - ISHARES U.S. ENERGY ETF | A | Int./Div. | J | T | Buy | 12/14/15 | J | | |
| 115. - ISHARES CORE MSCI EAFE ETF | A | Int./Div. | K | T | Buy | 12/16/15 | J | | |
| 116. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 117. - VANGUARD INDEX FUNDS VANGUARD LARGE CAP ETF | A | Int./Div. | J | | Buy | 09/28/15 | J | | |
| 118. - ISHARES CORE U.S. AGGREGATE BOND ETF | C | Int./Div. | M | T | Buy | 01/15/15 | J | | |
| 119. | | | | | Buy (add'l) | 01/16/15 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/13/15 | K | A | |
| 121. - PIMCO ENHANCED SHORT MAT ACTIVE EXCHANGE-TRADED FD | A | Int./Div. | K | T | Buy | 08/21/15 | K | | |
| 122. - VANGUARD CHARLOTTE FDS TOTAL INTL BD INDEX FD ETF CL | A | Int./Div. | K | T | Buy | 01/20/15 | J | | |
| 123. | | | | | Buy (add'l) | 03/13/15 | K | | |
| 124. - VANGUARD BD INDEX FD INC TOTAL BOND MKT ETF | C | Int./Div. | M | T | Buy | 01/16/15 | K | | |
| 125. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 126. | | | | | Buy (add'l) | 03/13/15 | L | | |
| 127. - VANGUARD BD INDEX FD INC SHORT TERM BOND ETF | B | Int./Div. | L | T | Buy | 01/16/15 | M | | |
| 128. | | | | | Sold (part) | 03/13/15 | L | A | |
| 129. - ISHARES CURRENCY HEDGED MSCI EUROZONE ETF | | | | | Buy | 03/31/15 | J | | |
| 130. | | | | | Sold | 08/20/15 | J | A | |
| 131. - VANGUARD ENERGY ETF | | | | | Buy | 03/31/15 | J | | |
| 132. | | | | | Sold | 08/06/15 | J | A | |
| 133. - ALPS ETF TR ALERIAN MLP | | | | | Buy | 08/06/15 | J | | |
| 134. | | | | | Sold | 12/14/15 | J | A | |
| 135. UBS Financial Services Brokerage Account | A | Int./Div. | K | T | | | | | |
| 136. - Vanguard Index Funds Vanguard Small CAP ETF | A | Int./Div. | | | Sold | 02/03/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 15

**Name of Person Reporting**

WISE, TRACEY N.

**Date of Report**

05/05/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Vanguard Index Funds Vanguard Large CAP ETF | A | Int./Div. | | | Sold | 02/03/15 | K | D | |
| 138. - Vanguard REIT ETF | A | Int./Div. | | | Sold | 02/03/15 | J | D | |
| 139. - Vanguard INTL Equity Index FD INC FSTE All World-EX-US | A | Int./Div. | | | Sold | 02/03/15 | J | C | |
| 140. - Ishares MSCI Mexico Capped ETF | A | Int./Div. | | | Sold (part) | 01/07/15 | J | A | |
| 141. | | | | | Sold | 02/03/15 | J | A | |
| 142. - UBS AG CAR AOS APO 03/31/2016 | A | Int./Div. | | | Buy | 03/20/15 | K | | |
| 143. | | | | | Sold | 06/24/15 | K | A | |
| 144. - UNTS FT SABRIENT BAKER S DOZEN PORT AUG 2015 SER 15 REIN 09/13/16 | A | Int./Div. | K | T | Buy | 09/03/15 | K | | |
| 145. Merrill Lynch - Angelucci Acoustics Inc SEP | C | Int./Div. | L | T | | | | | |
| 146. - American AMCAP CL B | A | Int./Div. | J | T | Sold (part) | 02/11/15 | J | A | |
| 147. - American Growth Fund of America Cl B | A | Int./Div. | | | Sold | 02/11/15 | J | A | |
| 148. - American Growth Fund of America Cl A | A | Int./Div. | K | T | Buy (add'l) | 02/11/15 | J | | |
| 149. - Blackrock Value Opport FD Inc B | A | Int./Div. | K | T | Sold (part) | 03/16/15 | J | A | |
| 150. | | | | | Sold (part) | 09/14/15 | J | A | |
| 151. - Blackrock Global Allocation FD Inc B | A | Int./Div. | | | Sold | 03/16/15 | J | A | |
| 152. - American AMCAP Fund Cl A | A | Int./Div. | K | T | Buy | 02/11/15 | J | | |
| 153. - Blackrock Global Allocation FD Inc A | A | Int./Div. | J | T | Buy | 03/16/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Blackrock Value Opportunities FD Inc A | A | Int./Div. | J | T | Buy | 03/16/15 | J | | |
| 155. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 156. Rental Property, Shelbyville, Shelby County, KY | D | Rent | M | W | | | | | |
| 157. Rental Property, Lexington, Fayette County, KY | D | Rent | M | W | | | | | |
| 158. Poppin Angels LLC | | None | J | T | | | | | |
| 159. Jackson National Life Insurance Company (Fixed Annuity) | A | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  There were some minor fund name changes.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TRACEY N. WISE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544